CC: Jury Filer

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 05 2024
at 3 o'clock and 28 min. P M
Lucy H. Carrillo, Clerk

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## UNITED STATES DISTRICT COURT

for the

_____ District of __HAWAII__

MILAN KJALASAN

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

UNITED STATES GOVERNMENT
MACEDONIAN GOVERNMENT

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )

Case No. CV24 00476 JMS WRP

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name   MILAN KJALASAN

Address   P.O. Box 501 C/O HOPE SERVICES HAWAII

KAILUA-KONA     HI     96745
City              State     Zip Code

County   HAWAI'I

Telephone Number   (808) 800-8657

E-Mail Address   MILAN.KJALASAN.PAPERWORK@GMAIL.COM

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name   UNITED STATES GOVERNMENT

Job or Title (if known)

Address   2201 C ST NW,

WASHINGTON DC     MD     20451
City              State     Zip Code

County

Telephone Number   (202) 647-4000

E-Mail Address (if known)

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name   NORTH MACEDONIAN GOVERNMENT

Job or Title (if known)

Address   DAME GRUEV, No 14

SKOPJE     NORTH MACEDONIA     1000
City              State     Zip Code

County

Telephone Number   +389 2 310 36 01

E-Mail Address (if known)

☐ Individual capacity   ☒ Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Address _____

_____

| *City* | *State* | *Zip Code* |

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity  ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

_____

| *City* | *State* | *Zip Code* |

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity  ☐ Official capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

FIRST AMANDMANT, HUMAN RIGHTS, ETC.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

RIGHT ON FREE SPEACH, PRIVACY, INTIMACY, ETC.

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

DEFAMING, PROVOKING, BLACKMAILING, THREATENING, HURTING, PERSECUTING, COLLATERAL CRIMES

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

ORGANIZED INTELLIGENCE-BASED CRIME CONSTRUCTING FABRICATIONS AND MURDERS FITTING POLITICAL AND SOCIAL AGENDAS

B.    What date and approximate time did the events giving rise to your claim(s) occur?

2007 - 2024

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SOPHISTICATED INTELLIGENCE-BASED CRIME PROCESSED IN SEVERAL COUNTRIES PARTNERING EACH OTHER IN ENGINEERING OF POLITICAL EVENTS PURSUING COMMON OBJECTIVES ACHIEVED THROUG RAISING AND PUSHING DOWN ESPECIALY CHOSEN AND TARGETED INDIVIDUALS, GOVERNMENTAL OFFICIALS, AND INFLUENTIAL PUBLIC FIGUSES

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1. BIOCHEMICAL POISIONING THREATENED AND DOCUMENTED BEFORE ACQURING RHISEOP MY LEFT LEG AND DAMAGE OF MY RIGHT HIP CAUSING MY PHYSICAL DISABILITY

2. PERSISTENT BIOCHEMICAL HURTING OF ME AND MY FAMILY, RESULTING WITH BIOCHEMICALLY CAUSED DEATH OF MY FIRST WIFE, GRANDMOTHER, FATHER, MOTHER, AND DOZENS OF MY RELATIVES, FRIENDS AND LIKED PEOPLE

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

1. ADDRESSING THE INTELLIGENCE-BASED CRIMES I WILL ELABORATE

2. PROSECUTING OF EVERY ENTITY RESPONSIBLE FOR CAUSING OF EMOTIONAL, PHISICAL, AND FINANCIAL DAMAGE, AS WELL DAMAGE OF MY AND OTHER VICTIMS' REPUTATION

3. CHANGING OF THE OPERATING POLICIES OF THE AGENCIES RESPONSIBLE

4. COMPENSATING FOR THE DAMAGE SUFFERED

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11 /5 / 2024  ( 5TH OF NOVEMBER 2024TH, TUESDAY, 15:01

Signature of Plaintiff

Printed Name of Plaintiff    MILAN KJALASAN

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____