IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MILAN KJALASAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES GOVERNMENT;<br>NORTH MACEDONIAN<br>GOVERNMENT,<br><br>Defendants. | CIV. NO. 24-00476 JMS-WRP<br><br>ORDER DISMISSING COMPLAINT,<br>ECF NO. 1, WITH PREJUDICE |

## ORDER DISMISSING COMPLAINT, ECF NO. 1, WITH PREJUDICE

On November 5, 2024, pro se Plaintiff Milan Kjalasan ("Plaintiff")

filed a Complaint against Defendants "United States Government" ("United

States") and "North Macedonian Government" ("North Macedonia"), alleging

governmental misconduct.  ECF No. 1.  On December 11, 2024, the court issued

an Order to Show Cause why Plaintiff's Complaint should not be dismissed with

prejudice.  ECF No. 6 ("OSC").  The OSC specifically instructed Plaintiff to

(1) provide the court with a statement and/or evidence as to compliance with the

exhaustion requirement set forth under the Federal Tort Claims Act, 28 U.S.C.

§ 1346 ("FTCA"), and (2) explain how he could bring a claim against North

Macedonia under one of the enumerated exceptions set forth in the Foreign

Sovereign Immunities Act, 28 U.S.C. §§ 1330, 1602 et seq. ("FSIA").  *See* ECF No. 6 at PageID.29.  On December 20, 2024, Plaintiff filed "Show Cause Response." ECF No. 7 ("response").  His 101-page response, however, completely fails to address either the FTCA or the FSIA.

In addition, the OSC expressed the court's inclination to dismiss the case, even if Plaintiff could show subject matter jurisdiction, for failure to state a claim based on his frivolous allegations.  ECF No. 6 at PageID.29.  Plaintiff's response only adds more frivolous allegations, to which are attached incongruous images, screen shots of text messages, and online materials intended to be "material evidence[]," but which only underscore the frivolousness of his claims. *See id*. at PageID.54–131.

Accordingly, because Plaintiff's response to the OSC fails to show cause how he could amend his Complaint to state a claim and establish subject matter jurisdiction, the court DISMISSES the Complaint with prejudice.  The Clerk of Court is DIRECTED to close the case file.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, January 2, 2025.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

2